GREGORY E. TOMCZAK ±*             **TOMCZAK LAW FIRM**
                                  *Attorneys at Law*
                                  35 West Front Street                    ± MEMBER OF NY and NJ BAR
                                  Keyport, New Jersey 07735                * CERTIFIED BY THE SUPREME COURT OF
                                  T: (732) 670-3374                        N.J. AS A CRIMINAL TRIAL ATTORNEY
                                  get@actlaw.net

Hon. Tonianne J. Bongiovanni
Clarkson S. Fisher Building
& U.S. Courthouse
402 State Street
Trenton, NJ 08608

  Re: USA v. Newsholme, 3:17-mj-05015-TJB

Dear Judge Bongiovanni:

  I am writing the Court to advise that I am required to withdraw as counsel for Mr. Newsholme. In light of the allegations of Count 4 of the Amended Complaint, a non-waivable conflict of interest has arisen. Pursuant to Rules 1.7 and 3.4 of the Rules of Professional Conduct in addition to controlling case law, I must make this request.

  Thank you for Your Honor's kind attention to this matter.

            Respectfully,
            **TOMCZAK LAW FIRM**

            s/s Gregory Tomczak